UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

William Mahru
                          Plaintiff,

v.                                            Case No.: 1:11–cv–04012
                                                    Honorable Joan B. Gottschall

Alexander A Lothan, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2015:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Counsel advised that the shareholders received notice of the plaintiff's intent to dismiss the derivative claims and no objections were received. The plaintiff's oral motion to dismiss this case with prejudice is granted. Civil case terminated.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.